# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GARY GAUVIN, ELIZABETH HOBBS, DENNIS HOBBS, GLENN MERRICK, LUANN MUSICH, BETTY MILBURN as Personal Representative of the Estate of BILLIE HAFEMAN, ROBERT RICHARDSON, WANDA JEAN SOMSEN, JOYCE SMITH, WILMA VAN GUILDER

V.

PFIZER, INC., PHARMACIA & UPJOHN COMPANY, PHARMACIA CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

MDL 

**CRB**

T.O: (Name and address of defendant)
PFIZER, INC., 235 East 42nd Street, New York, New York 10017;

PHARMACIA CORPORATION, 234 East 42nd Street, 26th Floor, New York, NY 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, Esq., GIRARDI & KEESE
1126 Wilshire Boulevard, Los Angeles, California 90017

Daniel S. Gruber, Esq., GRUBER & GRUBER
Howard A. Snyder, Esq., LAW OFFICES OF HOWARD A. SNYDER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440