```
 1  THOMAS V. GIRARDI - BAR NO. 36603
    V. ANDRE SHERMAN - BAR NO. 198684
 2  Girardi | Keese
    1126 Wilshire Boulevard
 3  Los Angeles, California 90017
    Telephone (213) 977-0211
 4  Facsimile: (213) 481-1554
    Attorneys for Plaintiffs
 5
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 08-1820 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Gary Gauvin, et al.,<br><br>                              Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Gary Gauvin, Elizabeth Hobbs, Glenn Merrick, and Luann Musich in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys'

//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: Feb 2, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET ~~FORTH IN THE~~ PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE