1  THOMAS V. GIRARDI - BAR NO. 36603
   V. ANDRE SHERMAN - BAR NO. 198684
2  Girardi | Keese
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
   Telephone: (213) 977-0211
4  Facsimile: (213) 481-1554
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND<br>13  PRODUCT LIABILITY LITIGATION | Case No.: 08-1820 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14  Gary Gauvin, et al.,<br>15<br>16                          Plaintiffs<br>17  vs.<br>18  Pfizer Inc, et al.,<br>19                          Defendants.<br>20 | **STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

21
22       Come now the Plaintiffs, Dennis Hobbs and Robert Richardson in the above-entitled
23  action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of
24  Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**
25  //
26  //
27  //
28  //

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 3-12, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Mar. 17, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**